# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HARDHAT WORKFORCE SOLUTIONS, LLC**

    **Plaintiff,**

VS.

**OSS-JPOW SOLAR SERVICES, LLC, JINGOLI POWER, LLC, and LIBERTY MUTUAL INSURANCE COMPANY**

    **Defendants.**

CASE NO. 4:24-cv-00598-BRW

**DISTRICT JUDGE WILSON**
**MAGISTRATE JUDGE VOLPE**

## ORDER GRANTING DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS UNTIL AUGUST 30, 2024

THIS MATTER came before the Clerk upon the consent Motion to Extend Deadline for Responsive Pleadings Until August 30, 2024 (the "Motion") filed by Defendant OSS-JPOW SOLAR Services, LLC, Jingoli Power, LLC, and Liberty Mutual Insurance Company (collectively, the "Defendants) pursuant to Local Rule 6.2, which Motion confirmed the written consent of counsel for the Plaintiff Hardhat Workforce Solutions, LLC (the "Plaintiff") to the relief requested in the Motion.

Based upon the consent of the Plaintiff's counsel and the Record in this action, the Clerk finds that (1) the Motion is well taken and is hereby GRANTED and (2) the deadline for the Defendants to file their respective responsive pleadings and/or permitted motions is extended until and including August 30, 2024.

                                                          <u>TAMMY DOWNS</u> CLERK
                                                                                           DEPUTY CLERK

Signed at the Direction of the Court on 8/15/2024

APPROVED FOR ENTRY BY:

/s/ Jarrod W. Stone
Jarrod W. Stone   TN Bar No. 023915
*Admitted to U.S.D.C. E.D. of AR on August 21, 2014*
MANIER & HEROD, P.C.
1201 Demonbreun Street, Ste. 900
Nashville, TN  37203
(615) 742-9314 (phone)
(629) 500-1137 (fax)
JStone@ManierHerod.com

*Attorney for Defendant Liberty Mutual Insurance Company*

and

/s/ Ty Bordenkircher
Ty Bordenkircher, AR Bar No. 2019185
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
(501) 377-0392 (phone)
(501) 3751309 (fax)
Nashville, TN  37203
tbordenkircher@roselawfirm.com

*Attorney for Defendant OSS-JPOW SOLAR Services, LLC and Defendant Jingoli Power, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via e-mail with consent the 14th day of August 2024 upon the following:

Dorsey R. Carson
Kathryn P. Goff
Carson Law Group PLLC
Capital Towers - Suite 1336
125 South Congress Street
Jackson, MS 39201
dcarson@thecarsonlawgroup.com
kgoff@thecarsonlawgroup.com

*Attorneys for Plaintiff*

/s/ Jarrod W. Stone