### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**HARDHAT WORKFORCE**                                                   **PLAINTIFF**
**SOLUTIONS, LLC**

**v.**                          **CASE NO. 4:24-CV-00598-BSM**

**OSS-JPOW SOLAR SERVICES,**
**LLC and JINGOLI POWER, LLC**                                         **DEFENDANTS**

### JUDGMENT

Pursuant to the verdicts returned by the jury on April 24, 2026, following five days of trial, judgment is entered in favor of HardHat Workforce Solutions, LLC on its breach of contract claim against OSS-JPOW Solar Services, LLC and its unjust enrichment claim against Jingoli Power, LLC. HardHat is awarded no damages on either of those claims. Judgment is entered in favor of HardHat Workforce Solutions, LLC on OSS-POW Solar Services, LLC's breach of contract claim and it is dismissed with prejudice.

Pursuant to the May 21, 2026, order, the jury verdicts finding in favor of HardHat Workforce Solutions, LLC on its conversion claims against both defendants is vacated along with the damages that were awarded.

IT IS SO ORDERED this 21st day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE